5

Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of Az (State)

Case number (if known): 23-04390-EPB  Chapter ___

FILED USBC CLRK PHX
2023 JUN 30 AM 8:57

☐ Check if this is an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**: Hayden Lane Properties LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**: 84-1970581

4. **Debtor's address**

   **Principal place of business**
   9832 N Hayden Road
   Number   Street
   Suite 217
   Scottsdale    Az    85260
   City          State  ZIP Code

   Maricopa County
   County

   **Mailing address, if different from principal place of business**
   9383 E Bell Rd
   Number   Street
   #648
   P.O. Box
   Scottsdale    Az    85255
   City          State  ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number   Street

   City          State  ZIP Code

5. **Debtor's website (URL)**: _____

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 1

Case 2:23-bk-04390-EPB   Doc 1   Filed 06/30/23   Entered 06/30/23 09:13:33   Desc
Petition     Page 1 of 5

Debtor  **Hayden Lane Properties LLC**   Case number (if known) _____

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   **2 3 6 1**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply:*
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

Debtor **Hayden Lane Properties LLC**     Case number (if known) _____

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
   - ☒ No
   - ☐ Yes. District _____ When __/__/____ Case number _____
   
   If more than 2 cases, attach a separate list.
   District _____ When __/__/____ Case number _____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    - ☒ No
    - ☐ Yes. Debtor _____ Relationship _____
    District _____ When __/__/____
    
    List all cases. If more than 1, attach a separate list.
    Case number, if known _____

11. Why is the case filed in *this district*?
    
    Check all that apply:
    - ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?
    - ☐ No
    - ☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    
    Why does the property need immediate attention? (Check all that apply.)
    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☒ Other **Foreclosure**
    
    Where is the property? **1903 Hayden Lane**
                    Number     Street
    
    **Tempe**          **AZ 85281**
    City                    State ZIP Code
    
    Is the property insured?
    - ☒ No
    - ☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

**Statistical and administrative information**

Debtor  Hayden Lane Properties LLC     Case number (if known) _____

### 13. Debtor's estimation of available funds

Check one:
☐ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

### 15. Estimated assets

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

### 16. Estimated liabilities

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☒ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06 / 30 / 2023
             MM / DD / YYYY

X Ray O Purselley
Signature of authorized representative of debtor

Printed name: RAY O Purselley

Title: Owner

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 4

Debtor __Hayden Lane Properties LLC__  Case number (if known) _____

18. **Signature of attorney**    ✗ _____    Date _____
                                    Signature of attorney for debtor             MM / DD / YYYY

Printed name _____

Firm name _____

Number    Street _____

City _____    State _____  ZIP Code _____

Contact phone _____    Email address _____

Bar number _____    State _____